

# NUMBERS 13-14-00146-CR, 13-14-00148-CR AND 13-14-00150-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

VICENTE FABIAN,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                         Appellee.

### On appeal from the 92nd District Court
### of Hidalgo County, Texas

# ORDER ABATING APPEAL

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellant, Vicente Fabian, seeks to appeal from his convictions by filing pro se notices of appeal. Sentence was imposed on December 17, 2013 and appellant's trial counsel filed a motion to withdraw which was granted by the trial court on February 25,

2014.  Because the record fails to indicate whether appellant is entitled to appointed counsel on appeal, we ABATE and REMAND these causes.

Upon remand, the trial court is directed to:  (1) immediately cause notice to be given and conduct a hearing to determine whether appellant is indigent; (2) appoint counsel to represent appellant on appeal if he is determined to be indigent; (3) make and file appropriate findings of fact and conclusions of law and cause them to be included in a clerk's record; (4) cause the hearing to be transcribed and included in a reporter's record; and (5) have these records forwarded to the Clerk of this Court within thirty days from the date of this order.   If the trial court requires additional time to comply, the trial court should so notify the Clerk of this Court.

It is so ORDERED.

PER CURIAM

Do not publish.
See TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of April, 2014.